IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3149 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL DEAN FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshals Service,

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 47) has been rescheduled before the undersigned United States district judge to Friday, May 5, 2006, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The United States Marshal is directed to return the defendant to the district for the hearing.

April 6, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge